# Criminal Case Cover Sheet

**U.S. District Court**

**Place of Offense:**

City  Hagatna

Country/Parish  N/A

**Related Case Information:**

08-00043

Superseding Indictment _____ Docket Number _____
Same Defendant _____ New Defendant __X__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ___ No _X_   Matter to be sealed: ___ Yes _X_ No

Defendant Name  Natarajan Gurumoorthy

Allisas Name  _____

Address  _____

Malaysia

Birth date  XX/XX/1967  SS# N/A  Sex M  Race _ Nationality  Malaysian

**U.S. Attorney Information:**

AUSA  Marivic P. David

**Interpreter:** _X_ No ___ Yes   List language and/or dialect:  N/A

**Location Status:**

Arrest Date  16 Aug 08

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts:  2  ___ Petty ___ Misdemeanor _X_ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1  18 U.S.C. § 1029(a)(3) | Possession of More than Fifteen Unauth Access Devices | 1 |
| Set 2  18 U.S.C. § 1029(a)(4) | Possession of Device Making Equipment | 1 |
| Set 3 | | |
| Set 4 | | |

(Continued on reverse)

Date: 8/18/08   Signature of AUSA: _____