RECEIVED
AUG 18 2008
US MARSHALS SERVICE-GUAM

◆AO 442 (Rev. 01/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of     GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>**NATARAJAN GURUMOORTHY** | WARRANT FOR ARREST **FILED**<br>**DISTRICT COURT OF GUAM**<br>Case Number: CR-08-00043<br>AUG 1 8 2008<br>**JEANNE G. QUINATA**<br>**Clerk of Court** |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    **NATARAJAN GURUMOORTHY**
                                                                                           Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment      ☐ Information      **X** Complaint      ☐ Order of court

☐ Pretrial Release    ☐ Probation      ☐ Supervised Release   ☐ Violation Notice
    Violation Petition       Violation Petition     Violation

charging him or her with    (brief description of offense)

**Possession of More Than Fifteen Unauthorized Access Devices - 18 U.S.C. §1029(a)(3)**
**Possession of Device Making Equipment - 18 U.S.C. §1029(a)(4)**

☐ in violation of Title _____ United States Code, Section(s) _____

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

| | |
|---|---|
| **Honorable Joaquin V.E. Manibusan, Jr.**<br>Name of Issuing Officer | *[signature]*<br>Signature of Issuing Officer |
| U.S. Magistrate Judge<br>Title of Issuing Officer | August 18, 2008, Hagatna, Guam<br>Date and Location |

## RETURN

This warrant was received and executed with the arrest of the above-named individual at
~~NATARAJAN GURUMOOR~~ HAGATNA, GUAM

| DATE RECEIVED<br>8-18-08 | NAME AND TITLE OF ARRESTING OFFICER<br>SA VIRGIL D REICHLE JR | SIGNATURE OF ARRESTING OFFICER<br>*[signature]* |
|---|---|---|
| DATE OF ARREST<br>8-18-08 | | |

DATE WARRANT SERVED: 08-18-2008

**ORIGINAL**

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____