# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-08-00043　　　　　　　　　　　　DATE: August 18, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　　　Court Recorder: Walter Tenorio
Courtroom Deputy: Walter M. Tenorio　　Electronically Recorded: 11:36:30 - 11:42:19

**APPEARANCES:**
Defendant: Natarajan Gurumoorthy　　　　Attorney: John Gorman
☑ Present ☑ Custody ☐ Bond ☐ P.R.　　☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Marivic P. David　　　　U.S. Agent: Virgil D. Reichle Jr.,
U.S. Probation: Carleen Borja
Interpreter:　　　　　　　　　　　　　　Language:

**PROCEEDINGS: Initial Appearance on a Complaint**
- Defendant advised of his rights, charges and penalties.
- Preliminary Examination set for August 28, 2008 at 9:30 a.m.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: