LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagåtña, Guam 96910-5113
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM

AUG 27 2008

JEANNE G. QUINATA
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> NATARAJAN GURUMOORTHY, <br><br> Defendant | CRIMINAL CASE NO. 08-00043 <br><br> **INDICTMENT** <br><br> **POSSESSION OF MORE THAN FIFTEEN COUNTERFEIT AND UNAUTHORIZED ACCESS DEVICES** <br> [18 U.S.C. § 1029(a)(3)](Count 1) <br><br> **POSSESSION OF DEVICE MAKING EQUIPMENT** <br> [18 U.S.C. § 1029(a)(4)](Count 2) <br><br> **FORFEITURE ALLEGATION** <br> [18 U.S.C. §§ 1029 and 982](Count 3) |

THE GRAND JURY CHARGES THAT:

### INTRODUCTORY ALLEGATIONS

Definitions:

1. For purposes of this indictment, "access device" is defined as any card, plate, code, account number, electronic serial number, mobile identification number, personal identification number, or other telecommunications service, equipment, or instrument identifier, or other means of account access that can be used, alone or in conjunction with another access device, to obtain money, goods, services, or any other thing of value, or that can be used to initiate a transfer of funds.

2. For purposes of this indictment, "counterfeit access device" means any access device that is counterfeit, fictitious, altered, or forged, or an identifiable component of an access device or a counterfeit access device.

3. For purposes of this indictment, "unauthorized access device" means any access device that is lost, stolen, expired, revoked, canceled, or obtained with intent to defraud.

4. For purposes of this indictment, "device-making equipment" means any equipment, mechanism, or impression designed or primarily used for making an access device or a counterfeit access device.

## COUNT I - POSSESSION OF MORE THAN FIFTEEN UNAUTHORIZED ACCESS DEVICES

The Introductory Allegations are re-alleged and incorporated in Count One.

On or about August 15, 2008, in the District of Guam and elsewhere, the defendant herein, NATARAJAN GURUMOORTHY, did knowingly and with the intent to defraud possess fifteen or more counterfeit and unauthorized access devices, namely sixty (60) credit card numbers and associated personal identification numbers, and such conduct having an affect on interstate and foreign commerce, in violation of Title 18, United States Code, Section 1029(a)(3).

## COUNT II - POSSESSION OF DEVICE MAKING EQUIPMENT

The Introductory Allegations are re-alleged and incorporated in Count Two.

On or about August 15, 2008, in the District of Guam and elsewhere, the defendant herein, NATARAJAN GURUMOORTHY, did knowingly and with the intent to defraud, have control, custody, and possession of device making equipments, namely, one (1) Toshiba laptop computer (serial number 66113488W) containing an additional twenty-seven (27) unauthorized credit card numbers and associated personal identification numbers, and one (1) Maxpos reader/encoder, and said control, custody and possession having an affect on interstate and foreign commerce, in violation of Title 18, United States Code, Section 1029(a)(4).

## COUNT III - FORFEITURE ALLEGATION

As the result of committing one or both of the foregoing offenses in violation of Title 18, United States Code, Sections 1029(a)(3) and (a)(4) alleged in Counts One and Two of the Indictment, defendant, NATARAJAN GURUMOORTHY shall forfeit to the United States pursuant to:

1. Title 18, United States Code, Section 1029(c)(1)(C) - his interest in any personal property used or intended to be used to commit the offense, including but not limited to: one (1) Toshiba laptop computer (serial number 66113488W); one (1) Maxpos reader/encoder; one (1) Toshiba power cord, 220 volt; one (1) power cord SPU-42; and one (1) generic power cord, 220 volt;

2. Title 18, United States Code, Section 982(a)(2)(B) - all property constituting or derived from proceeds obtained directly or indirectly as the result of such violations.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant: (1) cannot be located; (2) has been transferred or sold, or deposited with a third person; (3) has been placed beyond the jurisdiction of the court; (4) has been substantially diminished in value; and/or (5) has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

//
//
//
//
//
//

3

All in violation of Title 18, United States Code, Sections 1029 and 982.

Dated this 27th day of August, 2008.

A TRUE BILL.

**IREDACTED**

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

Reviewed:

By: _____
JEFFREY J. STRAND
First Assistant U.S. Attorney

4

# Criminal Case Cover Sheet U.S. District Court

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____N/A_____

**Related Case Information:**

Superseding Indictment _____ Docket Number **08-00043**

Same Defendant __X__ New Defendant _____

Search Warrant Case Number _____

R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ____ No __X__   Matter to be sealed: ____ Yes __X__ No

Defendant Name _____Natarajan Gurumoorthy_____

Allisas Name _____

Address _____

Birth date __XX/XX/1967__ SS# __N/A__ Sex __M__ Race __A__ Nationality __Malaysian__

**RECEIVED AUG 27 2008 DISTRICT COURT OF GUAM HAGATNA, GUAM**

**U.S. Attorney Information:**

AUSA __Marivic P. David__

Interpreter: __X__ No ___ Yes   List language and/or dialect: __N/A__

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __3__  ___ Petty  ___ Misdemeanor  __X__ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1029(a)(3) | POSSESSION OF MORE THAN FIFTEEN UNAUTHORIZED ACCESS DEVICES | 1 |
| Set 2 | 18 U.S.C. § 1029(a)(4) | POSSESSION OF DEVICE MAKING EQUIPMENT | 2 |
| Set 3 | 18 U.S.C. §§ 1029 and 982 | FORFEITURE ALLEGATION | 3 |
| Set 4 | | | |

(Continued on reverse)

Date: __8/25/08__   Signature of AUSA: _____