# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>**NATARAJAN GURUMOORTHY**<br><br>(Name and Address of Defendant) | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number:    CR-08-00043-001 |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **District Court of Guam**<br>3rd Floor, U.S. Courthouse<br>520 West Soledad Avenue | 302 |
| Before:    **HONORABLE JOAQUIN V. E. MANIBUSAN, JR.** | Date and Time<br>**Thursday, August 28, 2008 at 10:00 a.m.** |

To answer a(n)

X Indictment    ☐ Information    ☐ Complaint    ☐ Probation Violation Petition    Supervised Release Violation Petition    ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

Possession of More Than Fifteen Counterfeit and Unauthorized Access Devices, 18 U.S.C. § 1029(a)(3) - Count 1

Possession of Device Making Equipment, 18 U.S.C. § 1029(a)(4) - Count 2

Forfeiture Allegation, 18 U.S.C. § 1029 AND 982 - Count 3

**RECEIVED**
AUG 27 2008
US MARSHALS SERVICE-GUAM

**FILED**
DISTRICT COURT OF GUAM
AUG 28 2008
JEANNE G. QUINATA
Clerk of Court

ORIGINAL

| | |
|---|---|
| **Marilyn B. Alcon; Deputy Clerk**<br>Name and Title of Issuing Officer | *Marilyn B. Alcon*<br>Signature of Issuing Officer |
| **August 27, 2008**<br>Date | |

AO83 (Rev. 10/03) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on:[1]     Date   8/28/08

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at:   CoSms Cellblock Guam

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on   8/28/08      R. Cume gu
          Date                           Name of United States Marshal

                                            (by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.