# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-08-00043-001          DATE: August 28, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

Law Clerk: Geraldine Cepeda      Court Recorder: Francine A. Diaz
Courtroom Deputy: Francine A. Diaz      Electronically Recorded: 9:49:54-10:00:25

**APPEARANCES:**

Defendant: Natarajan Gurumoorthy      Attorney: John Gorman
☑ Present ☑ Custody ☐ Bond ☐ P.R.      ☑ Present ☐ Retained ☑ FPD ☐ CJA

U.S. Attorney: Marivic P. David      U.S. Agent: Gus Reickle, Secret Service
U.S. Probation: John San Nicolas
Interpreter:      Language:

**PROCEEDINGS:** Initial Appearance on an Indictment and Arraignment
- Defendant waives reading of Indictment.
- Defendant sworn and examined.
- Defendant arraigned and advised of his rights, charges and penalties.
- Plea entered: Not guilty
- Trial Scheduling Order executed.
- Trial scheduled for: October 28, 2008 at 9:30 AM

NOTES: Court notes that it has been advised by the government that defendant's consular office has been advised of the Defendant's arrest in this country. Defense counsel requested permission from the court for Pream Ganesh R. Peruman, litigation manager with G.K. Sritharan and Company from Malaysia, who was hired by the defendant's family and who would be leaving tomorrow, to visit with the defendant prior to Mr. Peruman's departure. After discussion, the court directed the United States Marshals Service to accommodate Mr. Peruman's request and allow him to visit with the defendant. Mr. Peruman was directed to provide his business card to the government prior to his departure from Guam.