JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
NATARAJAN GURUMOORTHY

IN THE DISTRICT COURT OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-00043 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | Setting Change of Plea Hearing |
| NATARAJAN GURUMOORTHY, | ) | |
| Defendant. | ) | |

At the request of the Defendant,

IT IS HEREBY ORDERED that the Change of Plea Hearing in the above-captioned case shall be scheduled for Wednesday, September 3, 2008, at 10:00 a.m.



**/s/ Joaquin V.E. Manibusan, Jr.**
　　U.S. Magistrate Judge
**Dated: Sep 02, 2008**