**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**CHANGE OF PLEA**

CASE NO.: CR-08-00043　　　　　　　　　DATE: September 03, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　　　Court Recorder: Walter Tenorio
Courtroom Deputy: Walter M. Tenorio　　Electronically Recorded: 10:09:26 - 10:23:42

**APPEARANCES:**
Defendant: Natarajan Gurumoorthy　　　　Attorney: John Gorman
☑ Present ☑ Custody ☐ Bond ☐ P.R.　　☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Rosetta San Nicolas　　　U.S. Agent:
U.S. Probation: Stephen Guilliot
Interpreter:　　　　　　　　　　　　　　Language:

**PROCEEDINGS: Change of Plea**
- No written plea.
- Defendant consented to enter his plea before a U.S. Magistrate Judge.
- Defendant sworn and examined.
- Plea entered: Guilty to Counts I and II
- Defendant agreed and consented to forfeit to the government the itmes alleged in Count III.
- Report and Recommendation executed by the Court.
- Mr. Gorman states his client asserts his right to counsel in all matters.
- Sentencing set for: December 2, 2008 at 9:30 a.m.
- Draft Presentence Report due to the parties: October 28, 2008
- Response to Presentence Report: November 12, 2008
- Final Presentence Report due to the Court: November 25, 2008
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: