IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff.<br><br>vs.<br><br>NATARAJAN GURUMOORTHY,<br><br>        Defendant. | CRIMINAL CASE NO. 08-00043<br><br>**REPORT AND RECOMMENDATION<br>CONCERNING PLEAS OF GUILTY<br>IN A FELONY CASE** |

      The defendant, by consent, has appeared before me pursuant to Rule 11, Fed. R. Crim. P., and has entered pleas of guilty to an Indictment charging him with Possession of More than Fifteen Counterfeit and Unauthorized Access Devices, in violation of 18 U.S.C. § 1029(a)(3) (Count I), and Possession of Device Making Equipment, in violation of 18 U.S.C. § 1029(a)(4) (Count II). Additionally, pursuant to 18 U.S.C. §§ 1029(C)(1)(c) and 982(a)(2)(B), the defendant has consented to forfeit to the United States the proceeds from this illegal activity, including the following items, as alleged in Count III: a Toshiba laptop computer (serial number 66113488W); a Maxpos reader/encoder; a Toshiba power cord, 220 volt; a power cord SPU-42; and a generic power cord, 220 volt.

      After examining the defendant under oath, I have determined that the defendant is fully competent and capable of entering informed pleas, that the guilty pleas were intelligently, knowingly and voluntarily made, and that the offenses charged are supported by independent bases in fact establishing each of the essential elements of such offenses. I therefore

1 recommend that the pleas of guilty be accepted and that the defendant be adjudged guilty and
2 have sentence imposed accordingly. I further recommend that the court order the defendant to
3 forfeit to the United States the proceeds from this illegal activity, including the above-described
4 items.

5     IT IS SO RECOMMENDED.



/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Sep 03, 2008

**NOTICE**

**Failure to file written objections to this Report and Recommendation within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).**